**Urain Alexander ROBINSON,
Petitioner–Appellant,**

**v.**

**UNITED STATES of America,
Respondent–Appellee.**

**No. 13–7960.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2014.

Decided: May 7, 2014.

Urain Alexander Robinson, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Urain Robinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. United States,* No. 3:11–cv–00707–JRS, 2013 WL 4749909 (E.D.Va. Sept. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*